IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Marecko Green, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| -vs- | )  *(jury demand)* |
| | ) |
| City of Chicago and Chicago Police | ) |
| Officers J.A. David, G.M. O'Malley, | ) |
| L.M. Silva, E.L. Murphy, C.D. | ) |
| Chmelar, C.M. Weatherspoon, P.T. | ) |
| Fleming, J.M. Fitzpatrick, and E. | ) |
| Johnson, | ) |
| | ) |
| *Defendants* | ) |

## COMPLAINT

Plaintiff, by counsel, alleges as follows

1.      This is a civil action arising under 42 U.S.C. Section 1983. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. Section 1343 and 28 U.S.C. Section 1367.

2.      Plaintiff Marecko Green is a resident of the Northern District of Illinois.

3.      Defendant City of Chicago is an Illinois municipal corporation.

4.      Defendants Chicago Police Officers J.A. David, G.M. O'Malley, L.M. Silva, E.L. Murphy, C.D. Chmelar, C.M. Weatherspoon, P.T. Fleming, J.M. Fitzpatrick, and E. Johnson (hereinafter "defendant

officers") were at all times relevant acting under color of their office as Chicago police officers.

5. While working as Chicago police officers on January 29 or 30, 2014, the defendant officers arrested plaintiff.

6. The defendant officers did not have a warrant authorizing the arrest of plaintiff.

7. At the time they arrested plaintiff, the arresting officers had not observed plaintiff do or say anything that could have caused a reasonable officer to believe that plaintiff had committed or was committing a crime or was otherwise subject to arrest.

8. After arresting plaintiff, the defendant officers made up a false story that plaintiff had confessed to several crimes in their presence.

9. The defendant officers incorporated the false story into official police reports and thereby caused the Office of the State's Attorney of Cook County to prosecute plaintiff.

10. Following his arrest, plaintiff remained in the Cook County Jail until he was exonerated at trial on September 1, 2015.

11. As a result of the foregoing, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendments and subjected to a

malicious prosecution for which the City of Chicago is responsible under the doctrine of respondeat superior.

12.     Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered against all defendants for appropriate compensatory damages and, against the police officer defendants only, for appropriate punitive damages.

>                   /s/   Kenneth N. Flaxman
>                         Kenneth N. Flaxman
>                         ARDC No. 08830399
>                         Joel A. Flaxman
>                         200 S Michigan Ave, Ste 201
>                         Chicago, IL 60604
>                         (312) 427-3200
>                         *attorneys for plaintiff*